# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**April 3, 2008**

| 28427 | State v. Luong | Affirmed |

**April 8, 2008**

| 27346 | Nash-Givens v. Richardson | Affirmed |
| 28408 | State v. Fagan | Vacated and Remanded |

**April 11, 2008**

| 28251 | DeCambra v. Yamada | Affirmed |
| 27916 | State v. Ahquin | Vacated and Remanded |
| 28600 | State v. Hare | Affirmed |

**April 14, 2008**

| 27449 | State v. Sniffen | Vacated and Remanded |
| 28554 | State v. Toles | Affirmed |

**April 15, 2008**

| 28480 | State v. Faumuina | Affirmed |
| 28607 | State v. Ignacio | Affirmed |

**April 16, 2008**

| 27222 | Shimabukuro v. Government Employees Ins. Co. | Affirmed |